# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3416

Prospect ECHN, Inc.

Appellant

v.

Winthrop Resources Corporation

Appellee

------------------------------

Commercial Law Amicus Initiative

Amicus on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-00586-SRN)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

September 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans